IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| LORNA SHANNA KEITH,<br><br>    Petitioner,<br><br>v.<br><br>ERICA STRONG,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)    No. 1:20-cv-01005-JDB-jay<br>)<br>)<br>)<br>) |

ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS*
AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT
OR PAY THE $5.00 HABEAS CORPUS FILING FEE

On December 16, 2019, Petitioner, Lorna Shanna Keith, Bureau of Prisons register number 31014-076, an inmate at the Federal Correctional Institution in Tallahassee, Florida, submitted a letter docketed in her criminal case (*United States v. Keith*, No. 1:18-cr-10090-JDB) that the Court construed as a petition pursuant to 28 U.S.C. § 2241. (Docket Entry 48.)  At the direction of the Court, on January 6, 2020, the Clerk opened this instant civil case, using Petitioner's letter as a case-initiating § 2241.  If the Petitioner wishes to proceed with this action, she will be required to submit a properly completed application to proceed *in forma pauperis* and a copy of her trust account statement or pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a).

Accordingly, Petitioner is ORDERED to pay the $5.00 habeas corpus filing fee or submit a properly completed *in forma pauperis* affidavit demonstrating her indigency, along with a current inmate trust fund account statement for the last six months, within thirty (30) days after entry of this order.[1]  The Clerk is DIRECTED to provide Petitioner with a copy of the prisoner affidavit

---

[1] In the interest of expediting this matter, Petitioner is advised that if her inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed *in forma pauperis* will be denied.

along with this order.

    Failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED this 31st day of January 2020.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE
