UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORNA SHANNA KEITH,
    Petitioner,

vs.                                        Case No.:  4:20cv435/TKW/EMT

ERICA STRONG, WARDEN,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of this case.  Accordingly, it is

**ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Second Amended Petition (Doc. 14) is **DENIED**, and the Clerk shall close the file.

**DONE and ORDERED** this 15th day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**